VELMA K. LIM, SBN: 111006
JOSHUA H. TIFFEE: 226759
KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
7540 Shoreline Drive
P. O. Box 692050 (95269-2050)
Stockton, CA 95219
Telephone: (209)478-2000
Facsimile: (209) 478-0354

Attorneys for Defendant
COUNTY OF STANISLAUS, sued
erroneously as "STANISLAUS COUNTY
PROBATION DEPARTMENT"

## UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO BRANCH

| | |
|---|---|
| JASON JOHNSON, ISELA AVILA and JOHEL ARREGUIN,<br><br>Plaintiffs,<br><br>v.<br><br>STANISLAUS COUNTY PROBATION DEPARTMENT,<br><br>Defendant.<br>_____ / | Case No. CIV F-03-6940 OWW LJO<br><br>**EX PARTE APPLICATION FOR LEAVE TO FILE ADDITIONAL PAGES TO DEFENDANT'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT** |

Defendant County of Stanislaus, makes the instant Ex Parte Application for Leave to File Additional Pages in its Memorandum of Points and Authorities ("MPA") in Support of Defendant's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment. The MPA will not exceed forty pages in length, plus a table of contents and a table of authorities.

The Court's Standing Order in All Cases Assigned to U.S. District Judge Oliver W. Wanger paragraph four states that: "Unless prior leave of court seven days before the filing date is obtained, all briefs and memoranda in civil cases shall not exceed 25 pages . . ."

///

Good cause exists to grant defendant relief from the Order and allow defendant to submit a MPA which does not exceed 40 pages because the number of plaintiffs (3), number of claims for relief (10), complexity of issues and diversity of issues render it impossible for defendant to adequately address these issues even when addressed in the most concise and succinct manner possible.  The complexity and diversity of issues is evidenced by the more than 3,000 pages of documents that has been produced and exchanged by the parties in this matter.

In addition, the underlying facts are extremely lengthy.  This is due in large part to plaintiff Jason Johnson's numerous Internal Affairs investigations, EEOC complaints and administrative hearings.  Further briefing on the separate factual allegations of the remaining two plaintiff's further lengthens the amount of factual briefing necessary.

Defendant requests that this Court grant its application to file additional pages and consider the entire MPA in support of defendant's Motion for Summary Judgment or, in the alternative, Partial Summary Judgment.

Dated: August 3, 2005

KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON

By: /S/ JOSHUA H. TIFFEE
JOSHUA H. TIFFEE
Attorneys for Defendant STANISLAUS COUNTY PROBATION DEPARTMENT

**O R D E R**

_____Based on the foregoing,  IT IS ORDERED that defendant County of Stanislaus may file its Memorandum of Points and Authorities in support of its Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment so long as the Memorandum of Points and Authorities does not exceed _40____ pages in length, plus a table of contents and a table of authorities.

**Date:**  August 4, 2005        _____/s/ OLIVER W. WANGER_____
**US DISTRICT COURT JUDGE -
EASTERN DISTRICT**

G:\docs\GLucas\Orders To Be Signed\03cv6940.request.wpd(ss)