1  VELMA K. LIM, SBN: 111006
   KROLOFF, BELCHER, SMART,
2  PERRY & CHRISTOPHERSON
   7540 Shoreline Drive
3  P. O. Box 692050 (95269-2050)
   Stockton, CA 95219
4  Telephone: (209)478-2000
   Facsimile: (209) 478-0354
5
   Attorneys for Defendant
6  COUNTY OF STANISLAUS, sued
   erroneously as "STANISLAUS COUNTY
7  PROBATION DEPARTMENT"

8
                    **UNITED STATED DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10
                             **FRESNO BRANCH**
11

12 | JASON JOHNSON, ISELA AVILA and         Case No. CIV F-03-6940 OWW LJO
   | JOHEL ARREGUIN,
13 |
   |                    Plaintiffs,        **STIPULATION OF DISMISSAL AND**
14 |                                       **ORDER (FRCP 41(a)(1))**
   | v.
15 |
   | STANISLAUS COUNTY PROBATION
16 | DEPARTMENT,

17 |                    Defendant.
   | _____/
18

19     IT IS HEREBY STIPULATED by and between the parties to this action through their

20  designated counsel that Plaintiff Johel Arreguin dismisses the above-captioned action with

21  prejudice pursuant to FRCP41(a)(1).  Each party will bear their own costs and fees.  The action

22  remains pending as to Plaintiff Isela Avila.

23  Dated: August 4, 2005                   SHEA LAW OFFICES, P.C.

24

25                                          By: /S/ MARY SHEA
                                                MARY SHEA
26                                          Attorneys for Plaintiffs JASON JOHNSON, JOHEL
                                            ARREGUIN and ISELA AVILA
27

28

| | |
|---|---|
| Dated: August 4, 2005 | KROLOFF, BELCHER, SMART, PERRY & CHRISTOPHERSON |
| | By: /S/ VELMA K. LIM |
| |       VELMA K. LIM |
| | Attorneys for Defendant COUNTY OF STANISLAUS, sued erroneously as "STANISLAUS COUNTY PROBATION DEPARTMENT" |

**ORDER**

IT IS SO ORDERED.

/s/ OLIVER W. WANGER

Dated: _August 8 , 2005

THE HONORABLE OLIVER WANGER, JUDGE
UNITED STATES DISTRICT COURT

G:\docs\GLucas\Orders To Be Signed\03cv6940.dismissal.wpd (rc)

- 2 -