1  VELMA K. LIM, SBN: 111006
   KROLOFF, BELCHER, SMART,
2  PERRY & CHRISTOPHERSON
   7540 Shoreline Drive
3  P. O. Box 692050 (95269-2050)
   Stockton, CA 95219
4  Telephone: (209)478-2000
   Facsimile: (209) 478-0354

   Attorneys for Defendant
6  COUNTY OF STANISLAUS, sued
   erroneously as "STANISLAUS COUNTY
7  PROBATION DEPARTMENT"

# UNITED STATED DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO BRANCH

| | |
|---|---|
| JASON JOHNSON, ISELA AVILA and JOHEL ARREGUIN, | Case No. CIV F-03-6940 OWW LJO |
| Plaintiffs, | **STIPULATION OF DISMISSAL AND ORDER (FRCP 41(a)(1))** |
| v. | |
| STANISLAUS COUNTY PROBATION DEPARTMENT, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Plaintiff Jason Johnson dismisses the above-captioned action with prejudice pursuant to FRCP41(a)(1). Each party will bear their own costs and fees. The action remains pending as to Plaintiffs Johel Arreguin and Isela Avila.

   Dated: August 4, 2005                    LAW OFFICE OF ARTHUR C. CHAMBERS


                                            By: /s/ ARTHUR C. CHAMBERS
                                                ARTHUR C. CHAMBERS
                                            Attorneys for Plaintiffs JASON JOHNSON, JOHEL
                                            ARREGUIN and ISELA AVILA

1  Dated: August 4, 2005              KROLOFF, BELCHER, SMART, PERRY &
2                                     CHRISTOPHERSON
3
4                                     By: /s/ VELMA K.LIM
                                             VELMA K. LIM
5                                     Attorneys for Defendant COUNTY OF
                                      STANISLAUS, sued erroneously as
6                                     "STANISLAUS COUNTY PROBATION
                                      DEPARTMENT"
7
8
9
                                      **ORDER**
10
        IT IS SO ORDERED.
11
                                      /s/ OLIVER W. WANGER
12   Dated: ___August 10,   2005      _____
                                      THE HONORABLE OLIVER WANGER, JUDGE
13                                    UNITED STATES DISTRICT COURT

23
     G:\docs\GLucas\Orders To Be Signed\03cv6940.johnson.wpd (rc)
24

- 2 -