VELMA K. LIM, SBN: 111006
KROLOFF, BELCHER, SMART,
PERRY & CHRISTOPHERSON
7540 Shoreline Drive
P. O. Box 692050 (95269-2050)
Stockton, CA 95219
Telephone: (209)478-2000
Facsimile: (209) 478-0354

Attorneys for Defendant
COUNTY OF STANISLAUS, sued
erroneously as "STANISLAUS COUNTY
PROBATION DEPARTMENT"

**FILED**

2005 AUG 11 A 11: 24

CLERK, US DIST COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO BRANCH

| | |
|---|---|
| JASON JOHNSON, ISELA AVILA and JOHEL ARREGUIN, Plaintiffs, v. STANISLAUS COUNTY PROBATION DEPARTMENT, Defendant. | Case No. CIV F-03-6940 OWW LJO<br><br>STIPULATION OF DISMISSAL AND ORDER (FRCP 41(a)(1)) |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Plaintiff Isela Avila dismisses the above-captioned action with prejudice pursuant to FRCP41(a)(1). Each party will bear their own costs and fees. The action dismissed in its entirety.

Dated: August 5, 2005                SHEA LAW OFFICES, P.C.

By: _____
MARY SHEA
Attorneys for Plaintiffs JASON JOHNSON, JOHEL
ARREGUIN and ISELA AVILA

1  Dated: August 5, 2005

   KROLOFF, BELCHER, SMART, PERRY & CHRISTOPHERSON

   By: _____
       VELMA K. LIM
   Attorneys for Defendant COUNTY OF STANISLAUS, sued erroneously as "STANISLAUS COUNTY PROBATION DEPARTMENT"

**ORDER**

IT IS SO ORDERED.

Dated: 8-10-, 2005

_____
THE HONORABLE OLIVER W. WANGER, JUDGE
UNITED STATES DISTRICT COURT

C:\dantempdata\VKL\JOHNSON V STANISLAUS CO.STIPULATION OF DISMISSAL-AVILA.wpd (rc)

-2-