**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHNSON, et al., | 1:03-cv-6940 OWW LJO |
|     Plaintiffs, | ORDER APPROVING MINOR'S COMPROMISE |
|   v. | |
| STANISLAUS COUNTY, | |
|     Defendant. | |

The parties to this action have presented the order of the Superior Court of California, County of Tulare, in Case Number 06-42788 approving compromise of a pending action brought by Rosa Servin Rodriguez as Guardian for Jonathan Arsiga, a minor, and Mariana Arsiga, a minor, in this case.

Plaintiff has complied with the alternative requirement of obtaining approval of the minor's compromises for Jonathan Arsiga and Mariana Arsiga, arising out of and related to this case in the State Court in the *Vargas v. Tulare County Sheriff's Department, et al.*, case number 06-42788. Based on the minor's compromise of pending action entered by order of the Superior Court of California, County of Tulare on June 19, 2006, the minor's compromise is approved in this case, *Estate of Vargas, et*

*al., v. County of Tulare.*

DATED:   August 28, 2006.

/s/ OLIVER W. WANGER
_____
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

johnson v. stanislaus order re minor's compromise